IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STACY JEROME HICKS                                                     PETITIONER

VERSUS                                  CIVIL ACTION NO.  2:14cv13 KS-MTP

HUBERT DAVIS                                                  RESPONDENT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on January 6, 2015, after referral for hearing by this Court, no objections having been filed as to the Report and Recommendation, but a letter [14] was sent to the Court by Stacy Jerome Hicks.  The Court has reviewed the letter and it contains no objections to the Report and Recommendation but is a request for help and complaints about the legal services that the Petitioner received in state court.  The reason for the dismissal is that the time bar pursuant to 28 U.S.C. §2244D is applicable.  While this Court is in sympathy of the situation of the petitioner, it is clear to this Court that the Report and Recommendation should be adopted and is unopposed.  Therefore, the Court being advised in the premises finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 4th day of February, 2015.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE